KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

RECEIVED AND FILED
2016 MAY 11  PM 1 50
U.S. BANKRUPTCY COURT
MARY A. [...] CLERK

## UNITED STATES BANKRUPTCY COURT
### NEVADA DIVISION

IN RE:

DAVID D SCHOFIELD
TARA S SCHOFIELD
631 MALAGA DRIVE
BOULDER CITY, NV 89005

CASE NO: BKS-10-27524-MKN
CHAPTER 13

NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| DEBTOR REFUND | DAVID & TARA SCHOFIELD 631 MALAGA DRIVE BOULDER CITY, NV 89005 | $0.00 | $1,879.63 |

Total: $1,879.63

Kathleen A. Leavitt

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: May 11, 2016

CC   DAVID D SCHOFIELD AND TARA S SCHOFIELD
     DELUCA & ASSOCIATES

NOTE:  Claims that are $25.00 or less go into CAS106000.  Claims that are more than $25.00 goes into CAS 613300.  The amounts that are to be deposited into the Registry can be written on one check.

226500 - $1,879.63